# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| WILLIAM KINLAW, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:21-cv-03621-KDW |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 19th day of September, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") petition [Doc #24] is hereby withdrawn;

It is further ORDERED that Plaintiff, William Kinlaw, is awarded attorney fees in the amount of Seven Thousand Two Hundred Dollars and 00/100 Cents ($7,200.00) and costs in the amount of Four Hundred Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, William Kinlaw, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

September 19, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge